UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AVELINO SAMBADE, 151 AVENUE C DEVELOPMENT, LLC, and DAL DEVELOPMENT, LLC,<br><br>      **Plaintiffs,**<br><br>v.<br><br>BARBERI CONSTRUCTION, LLC, ANTONIO BARBERI, PETER RINALDI, and JOHN DOES #1-10,<br><br>      **Defendants.** | No. 11-cv-7589 (KM)(MAH)<br><br>ORDER |

**THIS MATTER** comes before the Court on the Report and Recommendation ("R&R") (ECF no. 68) of the Honorable Michael A. Hammer, United States Magistrate Judge, recommending that the Court grant Defendant Antonio Barberi's motion to vacate default judgment; and no party having filed an objection to the R&R, see Fed. R. Civ. P. 72(b)(2); and the Court having considered all the foregoing and reviewed *de novo* the Magistrate Judge's R&R; and the Court having decided the matter without oral argument pursuant to Federal Rule of Civil Procedure 78; and for good cause appearing therefor;

**IT IS** this 21st day of May, 2018,

**ORDERED** that Judge Hammer's Report and Recommendation (ECF no. 68) is ADOPTED, and the motion to vacate default judgment is granted.

**KEVIN MCNULTY**
**United States District Judge**